**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                  NO. 4:06CR00080-01 JLH

JERRY SIMS                                                                                          DEFENDANT

**ORDER**

Pending before the Court is the government's Petition for Revocation of Supervised Release (Document #3).  The government has also requested that a summons be issued for defendant.  The Clerk of Court is directed to issue a summons for defendant ***JERRY SIMS*** to appear and show cause why the term of supervised release previously imposed should not be revoked.

A hearing is scheduled to begin on ***WEDNESDAY, JUNE 7, 2006, at 10:00 a.m.***, in Courtroom #370, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

Defendant has previously submitted a CJA-23 financial affidavit, which the Court has reviewed and determined defendant qualifies for the appointment of counsel.

IT IS THEREFORE ORDERED that Jerome Kearney of the Federal Public Defender's Office be appointed to represent defendant during the revocation proceedings.  The Clerk of Court is directed to provide Mr. Kearney with a copy of this order and the petition to revoke supervised release.

IT IS SO ORDERED this 30th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE